DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRANDEN CORRIVEAU,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D16-3367 and 4D16-3369

[December 21, 2017]

Consolidated appeals from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Lawrence Mirman, Judge; L.T. Case Nos. 2012-CF-892 and 2012-CF-1280.

Jason T. Forman of the Law Offices of Jason T. Forman, P.A., Fort Lauderdale, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Kimberly T. Acuña, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and CIKLIN, JJ., concur.

\*     \*     \*

*Not final until disposition of timely filed motion for rehearing.*